UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVR, a minor, by his parents and next friends, SERENITY RAMIREZ, *et al.*, | ) | |
| Plaintiffs, | ) | No. 26 C 7591 |
| v. | ) | Judge Kocoras |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| Defendants. | ) | |

**UNITED STATES' AGREED MOTION FOR AN EXTENSION OF TIME**

Defendant United States, by Andrew Boutros, the United States Attorney for the Northern District of Illinois, moves for a 30-day extension of time to file a responsive pleading, until September 30, 2026, and in support, state as follows:

1. This is a traumatic birth injury medical malpractice case under the Federal Tort Claims Act. The United States was served on June 30, 2026, and must answer by August 31, 2026.

2. The AUSA who will handle this case is not returning from parental leave for two weeks, and the agency counsel who is gathering the information necessary to file the answer has requested an additional 30 days due to the crush of other cases. There have been no previous motions. Plaintiffs' counsel has kindly agreed to this motion.

WHEREFORE, the United States requests a 30-day extension of time to file a responsive pleading, until September 30, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Thomas Walsh
THOMAS P. WALSH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5312
thomas.walsh2@usdoj.gov