**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Serenity Ramirez, et al.

Plaintiff,

v.

Case No.: 1:26−cv−07591
Honorable Charles P. Kocoras

United States of America, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 25, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: Defendant United States of America's unopposed motion for an extension of time [23] is granted. Defendant shall answer or otherwise plead to the complaint by 9/30/2026. The presentment hearing set for 9/1/2026 is stricken. The joint status report previously ordered due 9/8/2026 is now due by 10/7/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.